UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WINSTON JUDGE,

    Plaintiff,

v.                                     Case No. 3:13-cv-1199-J-32MCR

CONSOLIDATED CITY OF JACKSONVILLE,

    Defendant.
_____

**PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL**

    The Plaintiff, Winston Judge , by the undersigned, gives notice to this Honorable Court and the Defendant, that Nah-Deh Simmons,Esq., is entering his appearance as lead trial counsel for the Plaintiff pursuant to Fed.R.Civ.P.5(b)(3) and Local Rule 2.03(a),Middle District, Jacksonville Division. Service of all pleadings or papers shall be made to the undersigned by use of CM/ECF.

                                       Respectfully Submitted,

                                       /s/ *Nah-Deh Simmons*

                                       Nah-Deh Simmons, Esq.
                                       Attorney for the Plaintiff
                                       Florida Bar No.: 38188
                                       P.O. Box 41083
                                       Jacksonville, FL 32203
                                       (904) 545-9044
                                       News21@yahoo.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of June, 2014, the Plaintiff's' Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using CM/ECF and that the foregoing will be served electronically via CM/ECF to Defendant's Counsel of record listed on the attached Service List.

/s/ *Nah-Deh Simmons*

Nah-Deh Simmons, Esq.
Attorney for the Plaintiff