**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WINSTON JUDGE,

        Plaintiff,

vs.                                                       Case No. 3:13-cv-1199-J-32MCR

CONSOLIDATED CITY OF JACKSONVILLE.,

        Defendant.

_____

PRUDENCIA FRAYSAVAGE,

        Plaintiff,

vs.                                                       Case No. 3:13-cv-1476-J-32MCR

CONSOLIDATED CITY OF JACKSONVILLE,

        Defendant.

_____

**ORDER**

These cases came before the Court today for a telephone hearing on plaintiffs' emergency motions for clarification (Doc. 96 in the Judge case, and Doc. 90 in Fraysavage), in which plaintiffs' counsel sought clarification as to the terms of their appointment. As stated on the record, which is incorporated by reference, those motions are **granted** to the extent that Scott T. Fortune, Esquire, and Kirsten L. Doolittle, Esquire, are appointed as counsel for plaintiffs Winston Judge and Prudencia Fraysavage pursuant to the Court's Pro Bono Appointment Program nunc pro tunc to May 22, 2015. Because the appointment is being handled on a nunc pro tunc basis, the Court will waive the pre-approval requirement for the

payment of costs.[1]  The Court sincerely appreciates the services of appointed counsel.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of August, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record

---

[1] The other provisions as to amounts and types of costs that are recoverable are as provided in the plan. (The plan is available on the Court's website, www.flmd.uscourts.gov in the drop down menu in the upper left link for Attorney Resources.)