**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WINSTON JUDGE,

        Plaintiff,

vs.                                                        Case No. 3:13-cv-1199-J-32MCR

CONSOLIDATED CITY OF JACKSONVILLE.,

        Defendant.
_____

PRUDENCIA FRAYSAVAGE,

        Plaintiff,

vs.                                                          Case No. 3:13-cv-1476-J-32MCR

CONSOLIDATED CITY OF JACKSONVILLE,

        Defendant.
_____

## **ORDER**

In light of the parties' settlement discussions, the Court has determined to hold its consideration of the summary judgment motions in abeyance and administratively close these files. The parties should advise the Court when they have reached a settlement or when their efforts to do so have been exhausted (in which event the Court will then return to its consideration of the summary judgment motion(s)). If the parties need the assistance of the Magistrate Judge to finalize settlement discussions, they may request his involvement.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of August, 2017.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record